## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**BARRY SPENCER**
                **Plaintiff**

                                                    **CIVIL ACTION**

        **V.**
                                                    **NO. 15-13886-DJC**

**ANNIE DOOKHAN, ET AL**
                **Defendant**

### ORDER OF DISMISSAL

**CASPER, J.**


        For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on June 6, 2016, it is hereby ORDERED that the above-entitled  action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).



                                        By the Court,

                                        /s/ Lisa M. Hourihan

                                        Deputy Clerk

**September 7, 2016**