Barry Spencer II
P.O. Box 1218
Shirley, MA 01464
October 13, 2016

Clerk of Court for
Honorable Denise J. Casper
United States District Court
1 Courthouse Way
Boston, MA 02210

RE: Spencer v Dookhan
    No. 15-cv-13886

Dear Honorable Casper,

As you can see from the above captioned I have moved from Old Coloney Correctional Center, at 1 Administration Road, in Bridgewater, MA and the only time I left the custody of Department of Correction was to go to Suffolk County on September 27-29, 2016 for trial in this court with Magistrate Bowler.

I did file a notice with the court for a change of address and mentioned this case, among others if you check the court record you will see a change in address, I even mentioned our other case, Spencer v Dookhan, 13-11431 in the notice. I still have one more trial on the Suffolk Superior No. 10040 cases, I was acquitted on the Dookhan issue, and have one more to go scheduled for October 21, 2016.

The 2004-10017 case was overturned, and now filed in Suffolk Superior Court, Spencer v Martin J Walsh, and the Dookhan case here is now in Suffok Superior Court, Spencer v Dookhan. I would of preferred them heard by you in this court.

I was going to up date you on the No. 13-11431 case soon after the trial, and since the defendants have not been served I

would be giving the complaint some thought, and re-writting it as it should be two seperate issues.

Now if you feel you have jurisdiction of all these issues, you may re-open this case, and I'll send you the Farak case for Docketing which is Walsh 2004 case, both stemming from the Spencer v Dookhan, 13-11431 case.

Also the United States v Barry Spencer, Crim. No. 13-10196 will be docketed in the First District Appeals Court by this friday, and the Brady issue looks promising for a third trial or dismissal.

Thank you for hearing my concerns, I have filed a grievance with the department of corrections that they have hindered my access to the courts and caused me to lose a case due to not forwarding my legal mail, so that will be my next law suit.

                                      Sincerely,

                                      Barry Spencer

Cc    file